# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM D. MASON and JENNIFER L. MASON,<br><br>Plaintiffs,<br><br>vs.<br><br>ASSET ACCEPTANCE RECOVERY SERVICES, LLC and IVETTE REEVES,<br><br>Defendants | Case No. 8:14-cv-00112-TDT<br><br>**ORDER AND FINAL JUDGMENT** |

This matter is before the Court on the parties' Joint Stipulation of Case Dismissal With Prejudice (Filing No. 17). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-entitled action will be dismissed on its merits with prejudice, without costs, disbursements or attorneys' fees to any party. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation of Dismissal With Prejudice (Filing No. 17) is approved; and

2. The Complaint is dismissed on the merits with prejudice, without costs, disbursements or attorneys' fees to any party.

Dated: September 24, 2014

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge